United States Bankruptcy Court
Southern District of Florida

In re:  
Marina Fitoria  
       Debtor

Case No. 14-31158-AJC  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113C-1        User: idabarr        Page 1 of 1        Date Rcvd: Oct 16, 2014  
                        Form ID: pdf004     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2014.  
db         +Marina Fitoria,   10300 SW 199 ST,   Miami, FL 33157-8509

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2014 at the address(es) listed below:  
          Nancy K. Neidich    e2c8f01@ch13herkert.com  
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov  
                                                                                                 TOTAL: 2



**ORDERED in the Southern District of Florida on October 15, 2014.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                          CASE NO. 14-31158-BKC-AJC

MARINA FITORIA,                                                     Chapter 13

     Debtor.
_____/

### ORDER GRANTING SECOND EXTENSION OF TIME TO CURE FILING DEFICIENCIES

**THIS CAUSE** came before the Court upon the Debtor's request for extension of time to cure filing deficiencies [C.P. 14] (hereinafter "the Motion"). The Court having reviewed the record and being otherwise fully advised, it is

**ORDERED:**

1. The Motion is **GRANTED** and the time within which the Debtor must cure all filing deficiencies is extended through **4:00 p.m. on October 22, 2014.**

2. In accordance with procedures and guidelines to be followed in a Chapter 13 case, the first monthly payment toward a Chapter 13 Plan is due 30 days after the date of filing. The Debtor having filed the case on September 22, 2014, Debtor's first payment will become due on October 22, 2014.

                                                 # # #

Copy to:
Marina Fitoria, Debtor
Nancy K. Neidich, Trustee