UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 13-38620-RAM |
| | : | |
| EDWARD A. MARTINEZ, | : | CHAPTER 7 |
| | : | |
|     Debtor. | : | |
| _____/ | | |

**TRUSTEE'S *EX-PARTE* MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF APPRAISER FOR TRUSTEE NUNC PRO TUNC TO JANUARY 28, 2014**

Robert A. Angueira, Trustee, files this *Ex-Parte* Motion For Order Authorizing Employment of Appraiser for Trustee, Authorizing Payment to Appraiser, and Directing Debtor And Others to Allow Appraiser to Inspect Premises, and states:

1. The Debtor commenced this chapter 7 case by filing a voluntary petition on November 27, 2013. The movant has been appointed as Trustee.

2. The Debtor has property of the estate located at the Debtor's Residence, located at 10300 SW 199 St., Cutler Bay, FL 33157.

3. The Trustee requires the services of an appraiser in order to ascertain the actual petition-date fair market values of all assets owned by the Debtor.

4. The Trustee believes it is necessary to employ an appraiser to perform the following tasks: (a) conduct a complete inspection and appraisal of the contents of the Debtor's Residence, and (b) provide a report to the Trustee with photographs and/or video.

5. Martin Claire of Martin Claire & Co. LLC has substantial experience in conducting home and business appraisals and has an expertise in evaluating personal property values. This expertise would assist the Trustee in determining the value of the Debtor's property for the benefit of the creditors of the estate.

CASE NO.: 13-38620-RAM

6.  The Trustee proposes to employ Mr. Claire and his company as an appraiser, at a maximum rate of compensation of $100/hour.  The Trustee seeks authority to pay the appraiser, when funds are available, up to $400.00, at $100/hour, for its services in appraising the property located at the Debtor's Residence.  Attached as Exhibit A is a copy of the appraiser's affidavit reflecting its disinterestedness.

7.  The Trustee believes it is necessary that the inspection and appraisal be performed without prior notice or warning to the Debtor, in order to relieve the Debtor from any temptation to remove or conceal assets.

8.  To conduct a complete appraisal of the property located at the Debtor's Residence, the appraiser must be authorized to open and examine the contents of all containers, whether or not sealed or locked, including closets, drawers, file cabinets, safes, canisters, boxes, bags, luggage, storage units, and motor vehicles.

WHEREFORE, the Trustee seeks the entry of an order authorizing the employment of Martin Claire and Martin Claire & Co. LLC as appraiser *nunc pro tunc* to January 28, 2014, authorizing the Trustee to pay the appraiser a maximum of $400.00 dollars (after sufficient funds are in the Trustee's account) for the appraisal of the property at the Debtor's Residence, and directing any and all persons at the Debtor's Residence to allow the inspection and appraisal to be conducted.

Dated: February 7, 2014

ROBERT A. ANGUEIRA, P.A.
6495 S.W. 24th Street
Miami, Florida 33155
Tel. (305) 263-3328
Fax (305) 263-6335
e-mail rachel@rabankruptcy.com


By _____/s/_____
    RACHEL L. AHLUM
    Florida Bar No. 0091291

2

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRIT OF FLORIDA
# MIAMI DIVISION

CASE NO. 13-38620-RAM

In re:
**Edward A Martinez**

## AFFIDAVIT OF APPRAISER

BEFORE ME, the undersigned authority, this date personally appeared Martin Claire who after being duly sworn, deposes and states as follows:

1. That I am an appraiser employed by Martin Claire & Co LLC.
   Martin Claire & CO located at 7001 NW 84 Ave. Miami, Fl 33166.

2. I am willing to accept employment by the Trustee, on the basis set forth in the annexed application. I do not have an interest adverse to the Trustee or the Estate in regards to the matters for which I am to be employed, and I am a disinterested person within the meaning of 11 U.S.C. Section 101.

3. I do not have a pre-petition or other claim against the Estate.

4. I have not received a retainer from the Debtor, the Estate or from a third party.

5. I do not have any interests adverse to the Trustee, the Estate or the Debtor.

**FURTHER AFFIANT SAYETH NAUGHT.**

By: _____
MARTIN CLAIRE
MARTIN CLAIRE & CO, LLC.

SWORN TO AND SUSCRIBED before me this 28 day of January, 2014.

PERSONALLY KNOWN

Notary Public – State of Florida
My Commission Expires:

CASE NO.: 13-38620-RAM

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 7th day of February, 2014, to the Debtor.

I CERTIFY that a true and correct copy of the foregoing was served via the Notice of Electronic Filing on this 7th day of February, 2014, to:

- Rachel L Ahlum    rachel@rabankruptcy.com, rangueir@bellsouth.net
- Alexander J Alfano    aalfano@lawalfano.com, paralegal@lawalfano.com
- Robert A Angueira    trustee@rabankruptcy.com , fl79@ecfcbis.com tassistant@rabankruptcy.com
- Kenneth W. Lockwood    bk@dczahm.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Charles F Otto    cfo@straleyottopa.com

ROBERT A. ANGUEIRA, P.A.
6495 S.W. 24th Street
Miami, Florida 33155
Tel. (305) 263-3328
Fax (305) 263-6335
e-mail rachel@rabankruptcy.com


By _____/s/_____
    RACHEL L. AHLUM
    Florida Bar No. 0091291

3